# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                        CASE NO. 3:05cr6-01/RV

KENDALL IVAN BROWN

## REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on   April 17, 2009

Motion/Pleadings:   Motion to Reduce Sentence (re Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582)

Filed by   Defendant       on 3/25/2008       Doc.#   55

RESPONSES:

\_\_\_\_\_ Stipulated     \_\_\_\_\_ Joint Pldg.
\_\_\_\_\_ Unopposed     \_\_\_\_\_ Consented

WILLIAM M. McCOOL, CLERK OF COURT

   s/Jerry Marbut

LC (1 OR 2)       Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this   17th   day of   April  , 2009, that:*

*(a) The relief requested is DENIED.*

*(b) The Defendant is not eligible for a sentence reduction under Amendments 706 and 711.*

*(c) The amendments do not affect the Defendant's sentencing guideline range.*

                                                    /s/ *Roger Vinson*
                                                    Roger Vinson
                                                    Senior United States District Judge